942

No. 98–6030. MANSANARES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–6033. MICHELSEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–6036. PARKER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6044. BASSHAM v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–6045. LISASUAIN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–6046. LAVIGNE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6048. CIRILO-MUNOZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–6052. SIMMONS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6054. BOYLES v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 98–6056. BULLINGTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–6059. SPENCER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 98–6068. BURCIAGA-JIMENEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6085. TROBAUGH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–1688. COLORADO v. ROMERO. Sup. Ct. Colo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–1940. CALDERON, WARDEN v. McLAIN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.